UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:24-cv-81367-RLR

vs.

MARTINEZ HOSPITALITY GROUP LLC
a Florida Limited Liability Company
d/b/a THE STANDARD ATLANTIC AVE

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, MARTINEZ HOSPITALITY GROUP LLC, a Florida Limited Liability Company, d/b/a THE STANDARD ATLANTIC AVE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against MARTINEZ HOSPITALITY GROUP LLC, a Florida Limited Liability Company, d/b/a THE STANDARD ATLANTIC AVE; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED February 10, 2025.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
*Attorney for Plaintiff*

By: **/s/ Cory S. Carano**
Cory S. Carano, Esq.
Florida Bar No.: 63853
KELLEY, GRANT & TANIS
70 Camino Gardens Blvd., Suite 301
Boca Raton, FL 33432
Telephone: (561) 672-1161
Facsimile: 1-877-838-2912
Email: cory@kelleygrantlaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**